UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CIVIL MINUTES - GENERAL | | | JS-6 |
|---|---|---|---|
| Case No. | CV13-3704-CAS(FFMx) | Date | March 12, 2014 |
| Title | *ALLIED CONTAINER SYSTEMS INCORPORATED v. PARSONS GOVERNMENT SERVICES, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - STIPULATION FOR DISMISSAL OF ENTIRE ACTION (Filed 03/07/14)[39]

The Court is in receipt of the above-referenced Stipulation for Dismiss of Entire Action. The Court grants the parties stipulation and dismisses the above-referenced action with prejudice. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |